IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF SHERRYN HAYNES,

      Plaintiff,

  vs.

R.H. DYCK, INC., a California corporation doing business as "R.H. DYCK, INC.," et al.,

      Defendants.

No. CIV S-06-2944 MCE EFB

    On March 11, 2008, defendants filed a motion to compel discovery, setting the matter for hearing on April 1, 2008. On March 12, 2008, they filed an amended notice, setting the matter for hearing on April 16, 2008.

    The district judge's pretrial scheduling order sets the discovery deadline as April 14, 2008. That order specifies that all discovery shall be completed by that date, and that "completed" means that "all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." Based on the district judge's pretrial scheduling order, defendants' motion must be denied without prejudice

////

////

as untimely.[1]  Accordingly, the April 16, 2008, hearing is vacated and defendants' motion is denied without prejudice.

SO ORDERED.

DATED:  April 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Upon review of the docket, it appears that plaintiff has a pending motion to modify the pretrial scheduling order.  Thus, if that motion is granted and the discovery period expanded, defendants may re-notice their motion on the undersigned's calendar.

2