UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

ESTATE OF SHERRYN HAYNES,

      Plaintiff,

  v.

R. H. DYCK, INC., a California corporation doing business as "R. H. DYCK, INC.," et al.,

      Defendants.

No. 2:06-CV-02944-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

Before the Court is the Estate of Sherryn Haynes' ("Plaintiff") Motion to Amend the Pretrial Scheduling Order.[1] Sherryn Haynes commenced this action in December of 2006. The Complaint alleges that R.H. Dyck, Inc. and other named defendants ("Defendants") committed numerous violations of 35 United States Code section 292. The Complaint seeks recovery of statutory fines, costs of suit, and interest.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1    On June 26, 2007, this Court entered a Pretrial Scheduling
2 Order.  On June 3, 2007, Ms. Haynes filed objections to the
3 Pretrial Scheduling Order.  Those objections were never ruled on.
4 On July 6, 2007, Ms. Haynes passed away and on July 20, 2007 this
5 Court entered a Minute Order staying the matter for 90 days.  The
6 current Plaintiff, Ms. Haynes' Estate, was substituted into this
7 action on October 12, 2007.
8    Although the temporary stay lifted by its own terms after 90
9 days, as of the date of this Order, the Court's Case Management /
10 Electronic Case Files system ("CM/ECF") shows that the case is
11 stayed.  Plaintiff now argues that the Pretrial Scheduling Order
12 is not final, that the parties should submit a Joint Status
13 Report, and that the Court should issue an Amended Pretrial
14 Scheduling Order.

**ANALYSIS**

18    Generally, the Court is required to enter a pretrial
19 scheduling order within 120 days of the filing of the complaint.
20 Fed. R. Civ. P. 16(b).  The scheduling order "controls the
21 subsequent course of the action" unless modified by the Court.
22 Fed. R. Civ. P. 16(e).  Orders entered before the final pretrial
23 conference may be modified upon a showing of "good cause," Fed.
24 R. Civ. P. 16(b), but orders "following a final pretrial
25 conference shall be modified only to prevent manifest injustice."
26 Fed. R. Civ. P. 16(e); see also <u>Johnson v. Mammoth Recreations</u>,
27 975 F.2d 604, 608 (9th Cir. 1992).
28 ///

2

1    Rule 16(b)'s "good cause" standard primarily considers the
2 diligence of the party seeking the amendment.  Johnson v. Mammoth
3 Recreations, 975 F.2d 604, 609 (9th Cir. 1992).  The district
4 court may modify the pretrial schedule "if it cannot reasonably
5 be met despite the diligence of the party seeking the extension."
6 Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment);
7 Id.  Moreover, carelessness is not compatible with a finding of
8 diligence and offers no reason for a grant of relief.  Id.
9 Although the existence or degree of prejudice to the party
10 opposing the modification might supply additional reasons to deny
11 a motion, the focus of the inquiry is upon the moving party's
12 reasons for seeking modification.  If that party was not
13 diligent, the inquiry should end.  Id.
14    This Court finds no merit in Plaintiff's argument that the
15 Pretrial Scheduling Order is not final.  Plaintiffs objections
16 are summarily denied for Plaintiff's failure to pursue them.
17 Plaintiff was a party to this action for almost six months when
18 this motion was filed and the stay lifted by its own terms in
19 October 2007.  Plaintiff was not diligent in bringing these
20 objections to the Court's attention.
21    However, given that CM/ECF did not reflect that the stay
22 should have lifted, and given the several changes in parties and
23 attorneys during the stay, the Court finds good cause to extend
24 the deadlines in the Pretrial Scheduling Order as follows:
25 ///
26 ///
27 ///
28 ///

| Discovery Completion Date | August 14, 2008 |
|---|---|
| Disclosure of Expert Witnesses | October 14, 2008 |
| Dispositive Motion Hearing Deadline | December 19, 2008 |
| Final Pretrial Conference | July 17, 2009, 9:00 a.m. |
| Joint Final Pretrial Conference Statement | June 26, 2009 |
| Jury Trial | August 31, 2009, 9:00 a.m. |
| Trial Exhibits delivered to the Courtroom Clerk, Stephanie Deutsch | August 24, 2009, by 3:00 p.m. |

Additionally, the Temporary Stay entered on July 20, 2007 is hereby lifted.

**CONCLUSION**

For the reasons set forth above, the Pretrial Scheduling Order entered June 26, 2007, shall be amended as set forth above. The temporary stay entered July 20, 2007 is lifted.

IT IS SO ORDERED.

Dated: June 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4