IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF SHERRYN HAYNES,

      Plaintiff,

vs.

R.H. DYCK, INC., a California corporation doing business as "R.H. DYCK, INC.," et al.,

      Defendants.

                          /

No. CIV S-06-2944 MCE EFB

On July 3, 2008, plaintiffs filed a motion to compel discovery, setting the matter for hearing on August 13, 2008.

The district judge's pretrial scheduling order originally set the discovery deadline as April 14, 2008, and specified that all discovery shall be completed by that date. The order defined the term "completed" to mean that "all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed."

On June 3, 2008, the district judge amended the pretrial scheduling order and extended the discovery completion date to August 14, 2008. Based on the district judge's pretrial scheduling order and amended order, plaintiff's discovery motion must be denied without

1

1  prejudice as untimely. Plaintiff has not scheduled the motion such that sufficient time for an
2  order to issue, and assuming the order would provide the relief plaintiff seeks, for such order to
3  be complied with by the new discovery completion date. Accordingly, the August 13, 2008,
4  hearing is vacated. Plaintiff is free to either seek additional time for completion of discovery
5  upon a showing of good cause, or to file an application to have the motion heard on shortened
6  time pursuant to the Local Rules. Either request must comply with the Local Rules.

7      SO ORDERED.
8  DATED: July 11, 2008.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE