1 | **DENNIS W. RICHARDSON, ESQ.** (California State Bar No. 87631)
**GARY SCOTT DECKER, ESQ.** (California State Bar No. 074007)
2 | **RICHARDSON & DECKER**
Attorneys & Counselors at Law
3 | 1104 Corporate Way
Sacramento, CA 95831-3875
4 | Telephone:     (916) 449-3909
Facsimile:     (916) 449-8251
5 | E-Mail:        DWRichardsonlaw@aol.com
E-Mail:        RichDeckLaw@aol.com
6 |
**JOHN P. O'BANION, ESQ.** (California State Bar No. 99523)
7 | **STEVEN L. SMITH, ESQ.** (California State Bar No. 142982)
**O'BANION & RITCHEY LLP**
8 | 400 Capitol Mall, Suite 1550
Sacramento, CA 95814
9 | Telephone:     (916) 498-1010
Facsimile:     (916) 498-1074
10 | E-Mail:        sls@intellectual.com

11 | Attorneys for Plaintiff ESTATE OF SHERRYN HAYNES

12 |

13 |

14 | UNITED STATES DISTRICT COURT

15 | EASTERN DISTRICT OF CALIFORNIA

16 |

17 | ESTATE OF SHERRYN HAYNES,                )    Case No. 2:06-CV-02944-MCE-EFB
                                         )
18 |        Plaintiff,                    )    STIPULATION FOR DISMISSAL; ORDER
                                         )    OF DISMISSAL
19 | vs.                                   )    (Fed. R. Civ. Proc. Rule 16)
                                         )    (E. D. Cal. Local Rule 160)
20 | R. H. DYCK, INC., a California corporation )
doing business as "R. H. DYCK, INC.,"    )    Trial:  Vacated Per Settlement
21 | *etc., et al.*,                        )    Ctrm:  7
                                         )    Judge:  Hon. Morrison C. England, Jr.
22 |        Defendants.                    )
_____ )

23 |

24 | TO:     THE CHAMBERS OF THE HON. MORRISON C. ENGLAND, JR., DISTRICT JUDGE;

25 |         ALL INTERESTED PARTIES; AND THE CLERK OF THE ABOVE-ENTITLED COURT:

26 |

27 |         The parties, through their respective counsel of record, hereby stipulate, in accordance with

28 | Fed. R. Civ. Proc. Rule 41 and Local Rule 160(b) [Eastern District of California], that the above-

29 | referenced matter may be dismissed with prejudice, as to all parties and all causes of action, each

30 | party to bear his, her, its and/or their own fees, costs and expenses, including attorneys' and experts'

31 | /////

32 | /////

STIPULATION AND ORDER FOR DISMISSAL (Fed. R. Civ. Proc. Rule 16; E. D. Cal. Local Rule
160)                                                                        -1-

1  fees, costs and expenses, and all Court costs and other costs of litigation, and hereby respectfully

2  request that the Court issue its Order dismissing this matter as stipulated.

3  DATED: June 16, 2010.                    So stipulated,

4                                           RICHARDSON & DECKER

5

6                                           By:     /s/
                                            GARY SCOTT DECKER, Esq. (Cal. State Bar No. 074007)
7                                           Attorneys for Plaintiff ESTATE OF SHERRYN HAYNES

8  DATED: June 16, 2010.                    So stipulated,

9                                           O'BANION & RITCHEY LLP

10

11                                          By:     /s/
                                            STEVEN L. SMITH, Esq. (Cal. State Bar No. 142982)
12                                          Attorneys for Plaintiff ESTATE OF SHERRYN HAYNES

13  DATED: June 16, 2010.                   So stipulated,

14                                          MILLSTONE, PETERSON & WATTS, LLP

15

16                                          By:     /s/
                                            GLENN W. PETERSON, Esq. (Cal. State Bar No. 126173)
17                                          Attorneys for Defendants, R. H. DYCK, INC., *etc., et al.*

18

19                         ORDER OF DISMISSAL

20

21        The Court hereby approves the above Stipulation for Dismissal, and orders dismissal of this

22  action with prejudice, as to all parties and all causes of action, each party to bear his, her, its and/or

23  their own fees, costs and expenses, including attorneys' and experts' fees, costs and expenses, and

24  all Court costs and other costs of litigation.  The Clerk of Court is hereby directed to close this file.

25        IT IS SO ORDERED.

26
   Dated:  June 22, 2010
27

28                                          _____
                                            MORRISON C. ENGLAND, JR.
29                                          UNITED STATES DISTRICT JUDGE

30

31

32

STIPULATION AND ORDER FOR DISMISSAL (Fed. R. Civ. Proc. Rule 16; E. D. Cal. Local Rule
160)                                                                                        -2-